UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLA HASANAJ,

      Plaintiff,     Civil No. 4:19-cv-12693
v.                                              Hon. Matthew F. Leitman

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, *et al.*,

      Defendants.
_____/

**ORDER (1) GRANTING PLAINTIFF'S MOTION TO EXTEND TO FILE FIRST AMENDED COMPLAINT (ECF No. 22) AND (2) TERMINATING AS MOOT PLAINTIFF'S MOTION TO ACCEPT LATE FILING OF NOTICE TO FILE FIRST AMENDED COMPLAINT (ECF No. 23)**

On June 18, 2020, the Court granted Plaintiff Kola Hasanaj leave to amend his complaint. (*See* Order Granting Leave to Amend, ECF No. 21.) The Court ordered Hasanaj to notify the Court by June 25, 2020, whether he would amend his complaint. (*See id.*, PageID.368.) And the Court ordered that Hasanaj file his amended complaint by no later than July 9, 2020. (*See id.*)

Hasanaj did not meet either date. Instead, on July 10, 2020, Hasanaj filed a Motion to Request 30 Day Extension of Time to File Amended Complaint (ECF No. 22). The motion informs the Court that "[t]he law firm of Plaintiff's Counsel has been in a crisis due to staff depletion caused by the COVID-19 pandemic." (*Id.*, PageID.371.) Hasanaj's counsel has also had family members who have tested

1

positive for COVID-19. (*See id.*, PageID. 371–372.)   Hasanaj therefore requests a "30 day extension of time until August 7, 2020 to file his First Amended Complaint." (*Id.*, PageID.372.)

In light of the difficulties that COVID-19 has posed for Hasanaj's counsel, the Court **GRANTS** Hasanaj's motion for a time extension (ECF No. 22). Accordingly, Hasanaj may file an amended complaint by no later than **AUGUST 7, 2020**.   Defendants may answer or otherwise respond to Hasanaj's amended complaint by no later than **AUGUST 28, 2020**.

Hasanaj has also filed a Motion to Accept Late Filing of Notice to File First Amended Complaint (ECF No. 23).   Because the Court is granting Hasanaj a time extension to file his amended complaint, this motion (ECF No. 23) is hereby **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:   July 15, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764