UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLA HASANAJ,

       Plaintiff,                       Civil No. 4:19-cv-12693

v.                                  Hon. Matthew F. Leitman

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, *et al.*,

       Defendants.

_____/

## ORDER TERMINATING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 7, 12, & 13)

On July 15, 2020, the Court granted Plaintiff Kola Hasanaj a time extension to file a First Amended Complaint. (*See* Order, ECF No. 25.)   Hasanaj timely filed his First Amended Complaint on August 7, 2020. (*See* 1st Am. Compl., ECF No. 26.)   Thus, Defendants' pending motions to dismiss Hasanaj's original Complaint (ECF Nos. 7, 12, & 13) are moot.   Accordingly, the Court **HEREBY TERMINATES AS MOOT** Defendants' Motions to Dismiss (ECF Nos. 7, 12, & 13).

**IT IS SO ORDERED**.

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:   August 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764