UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLA HASANAJ,

    Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT *et al.*,

    Defendants.

Case No. 19-cv-12693
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

For the reasons stated in the order issued on this date, and in the order issued on January 20, 2021, it is **ORDERED** and **ADJUDGED** that Defendants' Motions to Dismiss are **GRANTED** and Plaintiff's claims are **DISMISSED**.

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated: April 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2021, by electronic means and/or ordinary mail.

                          s/Holly A. Monda
                          Case Manager
                          (810) 341-9764